UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 1663** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Gildardo DIAZ-Cruz,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **May 26, 2008** within the Southern District of California, defendant, **Gildardo DIAZ-Cruz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **MAY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Gildardo DIAZ-Cruz

## PROBABLE CAUSE STATEMENT

On May 26, 2008, Border Patrol Agent M. Gillespie was assigned to the Interstate 8 Border Patrol Checkpoint, in Pine Valley, California. All lights and marked signs were functional and indicated that the checkpoint was fully operational. At approximately 5:00 a.m., while in the primary inspection area, Agent Gillespie observed a tan GMC Safari approaching the checkpoint with a driver and one passenger visible. The driver, who was later identified as Silvano REYES-Munoz, attempted to drive past the primary inspection area. Agent Gillespie verbally asked REYES several times to stop his vehicle. REYES subsequently came to a stop. Agent Gillespie approached the vehicle and noticed several individuals trying to conceal themselves in the back of the vehicle. Agent Gillespie identified himself as a United States Border Patrol Agent and asked REYES if the individuals in the back of the vehicle were present in the United States illegally. REYES responded that the subjects in the back were in fact here illegally. Agent Gillespie removed REYES from the vehicle and arrested him for alien smuggling. Border Patrol Agent R. Radcliff, who was assigned to the secondary inspection, at the I-8 checkpoint identified himself as a United States Border Patrol Agent and requested that the 11 subjects exit the vehicle. Agent Radcliff questioned each of the 11 occupants as to their citizenship and nationality. Each occupant, including one later identified as the defendant Gildardo DIAZ-Cruz admitted that they were citizens of Mexico present in the United States without immigration documents that would allow them to be or remain in the United States legally. Subsequently, the 11 occupants that were removed from the vehicle including the defendant were placed under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 10, 2007 through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and was willing to make a statement without an attorney present. The defendant stated the he is a citizen and national of Mexico and that he does not possess any documents allowing him to enter or to remain in the United States legally.